PROB 12C
6156

# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF NORTH CAROLINA

Sealed Motion for Revocation on Offender Under Supervised Release Supervision
Warrant Requested

Name of Offender:     Timothy Gerome McCullers     Case Number:     5:94-CR-97-6F
Name of Sentencing Judge: Honorable James C. Fox
Date of Original Sentence: September 5, 1995
Original Offense:      21 U.S.C. § 846, Conspiracy to Possess With Intent to Distribute Cocaine;
                      7 U.S.C. § 2024(b) & 2, Trading Food Stamps for Crack and Aiding and Abetting
Original Sentence:     235 months imprisonment; 60 months supervised release
Type of Supervision:     Supervised Release     Supervision Started: 06/08/2007
Defense Attorney:      Douglas W. Corkhill

## EARLIER COURT ACTION

09/05/1995:         Sentence reduced to 180 months, pursuant to a Rule 35 Motion by the Government.

04/17/2009:         Subsequent to a positive drug screen for cocaine, the court modified the defendant's supervision conditions to include the DROPS Program and a 2-day jail sanction.

07/23/2009:         The defendant voluntarily entered the HOPE Reentry Court program.

## PETITIONING THE COURT

Violation 1 -    <u>Using a controlled substance.</u>

                On December 7, 2009, the defendant submitted a urine screen that tested positive for cocaine.

Violation 2 -    <u>Failure to answer truthfully inquiries by the probation officer.</u>

                On December 10, 2009, the probation officer questioned the defendant about any recent drug use (prior to the knowledge of the positive result in Violation 1) and the defendant denied any drug use.

In view thereof, we respectfully petition the court for the issuance of a warrant and recommend that the term of supervision be revoked. It is recommended that this petition and order be placed under seal until execution of the warrant. The purpose of sealing this document is to facilitate officer safety and to disallow the defendant's knowledge of issuance of the warrant.

This the 15th day of December, 2009.

Reviewed and approved,                    I declare under penalty of perjury that the
                                           foregoing is true and correct.

/s/ Jeffrey L. Keller                        /s/Erica W. Foy
Jeffrey L. Keller                               Erica W. Foy
Supervising U.S. Probation Officer          U.S. Probation Officer
                                          310 New Bern Avenue, Room 610, Raleigh, NC
                                          27601-1441
                                          Phone: (919) 861-8660
                                          Executed On: December 15, 2009

McCullers, Timothy
Motion for Revocation
Page 2

================================================================

THE COURT ORDERS:

☒    ISSUANCE OF A WARRANT. This petition and warrant shall remain sealed until the warrant is executed. The
     Clerk shall provide a copy of the petition and warrant to the U.S. Probation Office and the U.S. Attorney's Office.

☐    OTHER:


_James C. Fox_____          _12/16/09___
James C. Fox                                                        Date
Senior U.S. District Judge