# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Timothy Gerome McCullers<br><br>Date of Previous Judgment:   September 5, 1995<br>(Use Date of Last Amended Judgment if Applicable) | )<br>)<br>) Case No:   5:94-CR-97-6F<br>) USM No:   15233-056<br>)<br>) Defendant's Attorney   Thomas P. McNamara |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of the _____defendant_____ under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and the court having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED.    ☐ GRANTED   and the defendant's previously imposed sentence of imprisonment (as reflected

in the last judgment issued) of _____ months **is reduced to**  _____ months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: _____          Amended Offense Level: _____

Criminal History Category: _____       Criminal History Category: _____

Previous Guideline Range: _____ to _____ months    Amended Guideline Range: _____ to _____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain) :

## III. ADDITIONAL COMMENTS

After reviewing all relevant factors, the court finds that Section 1B1.10, Application Note 4(A), Exclusion Relating to Revocation, provides that only a term of imprisonment imposed as part of the original sentence is authorized to be reduced under this section. A reduction in the term of imprisonment imposed upon revocation of supervised release is not authorized. The sentence for which the defendant is currently incarcerated results from a revocation of supervised release. Therefore, the defendant is not eligible for a reduction under 18 U.S.C. § 3582(c)(2) and Amendment 706 as amended, and the defendant's motion is denied.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 9/1/10

_____
Judge's signature

Effective Date: _____
(if different from order date)

James C. Fox, Senior U.S. District Judge
Printed name and title