UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:94-CR-97-06-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| TIMOTHY JEROME McCULLERS, | ) | |
| Defendant. | ) | |

The court acknowledges receiving copies of Timothy Jerome McCullers' three affidavits, [DE-597, -598, and -599], file-stamped on June 18, 2012. The court has reviewed the content of the affidavits and can ascertain no motion or request for relief contained therein.

In his affidavits, McCullers denies having had any agreements with anyone concerning his case, contends frauds have been perpetrated on the court, alleges the court failed to disclose to him the fact that the crimes alleged against him were "Commercial in nature,"[1] denies ever having had an attorney-client relationship with any lawyer appointed to represent him, and contends such lawyer(s) hid the truth and evidence from him, refused to have meaningful discussions with him, and acted without authorization, etc. No factual details are supplied. His affidavits are executed under penalty of perjury before a notary on June 7, 2012, but his Certificates of Service are undated.

There being neither claim for relief alleged nor prayer for relief sought, the Clerk of Court is DIRECTED simply to maintain these documents in McCullers' permanent case file.

---

[1] McCullers was convicted in 1995 of conspiracy to possess with the intent to distribute cocaine and trading food stamps for crack cocaine and aiding and abetting. He served his sentence but his supervision was revoked in 2010.

SO ORDERED.

This, the 20th day of June, 2012.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

2