IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:94-CR-00097-F-6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TIMOTHY GEROME McCULLERS, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's *pro se* letter motion [DE-607] seeking an early release. Defendant references three affidavits [DE-597, DE-598, DE-599] he previously filed with the court, and he states that he has approximately twelve months left on his sentence and is seeking an early release.

The undersigned has reviewed the three affidavits Defendant has filed with the court, in addition to Defendant's vague letter motion. The court, however, is unable to ascertain a legal basis upon which Defendant is seeking an early release. For this reason, Defendant's *pro se* letter motion [DE-607] is DENIED without prejudice to him to renew the motion with the inclusion of a statement as to the legal basis upon which he is entitled to an early release.

SO ORDERED.

This, the 19 day of July, 2013.

JAMES C. FOX
Senior United States District Judge